# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re  )
    **Maria Elizabeth Vindiola**  )
)
)   Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

    I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:  **July 22, 2019**                           /s/ Maria Elizabeth Vindiola
                                                     Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100   (Rev. 6/20/17)

Maria Elizabeth Vindiola

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Comenitycb/smilegenfin
Po Box 182120
Columbus, OH 43218

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Fnb Omaha
P.o. Box 3412
Omaha, NE 68197

Hunt & Henriques
Re TD Bank
151 Bernal Rd., Ste. 8
San Jose, CA 95119

Janahe Henriques, Esq.
Hunt & Henriques, Attorney at Law
151 Benal Rd., Ste. 8
San Jose, CA 95119

Jpmcb Card
Po Box 15298
Wilmington, DE 19850

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

```
Law Offices of Harris and Zide
1445 Huntington Dr., Ste. 300
South Pasadena, CA 91030

Mechanics Bank Fka Crb
P.o Box  25805
Santa Ana, CA 92799

Midland Credit Management Inc.
2365 Northside Dr., Ste. 300
San Diego, CA 92108

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083

Mohela/dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005

Schoolsfirst Fcu
Po Box 11547
Santa Ana, CA 92711

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Second Round Lp
4150 Freidrich Lane
Austin, TX 78744

St. Joseph Med Grp Of Stockton
Attn: Coll. Dept.
P.O. Box 6000 File # 30695
San Francisco, CA 94160

Superior Court of Ca., Stockton Div.
Attn: Filing Clerk/STKCVLCCR20197537
180 E. Weber Ave., Ste. 200
Stockton, CA 95201

Syncb/chevron
Po Box 965015
Orlando, FL 32896

Syncb/syncb
C/o Po Box 965036
Orlando, FL 32896

Syncb/toysrus
Po Box 965005
Orlando, FL 32896
```

```
Syncb/walmart Dc
Po Box 965024
Orlando, FL 32896

TD Bank USA NA
c/o Hunt & Henriques/Michael Hunt
151 Bernal Rd., Ste. B
San Jose, CA 95119

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Wells Fargo
Credit Bureau Dispute Resoluti
Des Moines, IA 50306

Wf/dillard
Po Box 14517
Des Moines, IA 50306
```