United States Bankruptcy Court
Eastern District of California

In re:                                              Case No. 19-24586-C
Maria Elizabeth Vindiola                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-2        User: admin         Page 1 of 1          Date Rcvd: Dec 02, 2019
                            Form ID: L51        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
tr              +Irma Edmonds,   PO Box 3608,   Pinedale, CA 93650-3608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
NONE.                                                                              TOTAL: 0

FORM L51 Final Decree (v.9.14)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:**    19–24586 – C – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Maria Elizabeth Vindiola

xxx–xx–1420

1452 W. Elm St
Stockton, CA 95203

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Maria E. Vindiola
Elizabeth Vindiola

**Trustee:**             Irma Edmonds
PO Box 3608
Pinedale, CA 93650

**Telephone Number:**      (559) 221–2233

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
12/2/19

For the Court,
Wayne Blackwelder , Clerk